**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Gordon E. Rountree
Rountree, Cox, Guin & Achee
400 Travis Street, Suite 314
Shreveport LA 71101-5556

Madeline Lee
Bolen, Parker, & Brenner, LTD
P.O. Box 11590
Alexandria LA 71315-1590

**REHEARING ACTION: May 7, 2014**

**Docket Number: 13   01369-CA**

**REBECCA VALLERY, ET UX.**
**VERSUS**
**M. LAWRENCE DRERUP, ET AL.**

**Appealed from Rapides Parish Case No. 237,118**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rebecca Vallery** has this day been

    **DENIED.**

cc: Eugene Joseph Sues, Counsel for the Appellee